# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TINNA SHERMAN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS ) | CASE NO: 3:07cv1100-WC |
| ) | |
| OPELIKA AUTO GROUP, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## DEFENDANT'S CORPORATE DISCLOSURES

Opelika Auto Group, Inc., files this Corporate Disclosure:

Opelika Auto Group, Inc., is an Alabama corporation owning and operating Ken Boggs Ford, formerly known as Mike Patton Ford, in Opelika, Alabama. Its shareholders, officers and directors are: Jeff Hilyer, Charles Lawler and Ken Boggs. It is neither the parent of nor the subsidiary of any other corporation or legal entity. It operates only one business, namely, Ken Boggs Ford.

Respectfully submitted,

/s/ John Martin Galese
_____
John Martin Galese, asb-5382-e61j

OF COUNSEL
GALESE & INGRAM, P.C.
800 Shades Creek Parkway
300 First Commercial Bank Building
Birmingham, Alabama  35209
(205) 870-0663

## CERTIFICATE OF SERVICE

I hereby certify that I efiled this pleading on December 26, 2007.

/s/ John Martin Galese
_____
Of Counsel