**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

December 27, 2007

# NOTICE OF REASSIGNMENT

RE:   Tinna Sherman v. Opelika Auto Group, Inc.

      Civil Action No. 3:07cv1100-WC

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the number case number will be 3:07cv1100-MEF.