# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| TINNA SHERMAN, | : |
|     Plaintiff, | : |
| | : |
| V. | : CASE NO: 3:07-CV-1100 |
| | : |
| OPELIKA AUTO GROUP, INC., | : |
|     Defendant. | : |

## RESPONSE TO MOTION TO COMPEL

COMES NOW the Plaintiff, **TINNA SHERMAN**, by and through her attorney Benjamin H. Parr, and states to this Honorable Court:

1. Plaintiff received Interrogatories and Discovery request from Defendant on or about the 5th day of January 2008.
2. Plaintiff's Husband is in the U.S. Military and has been home on leave from the Middle East, hence Plaintiff has been out of town and unreachable to provide information and sign answers.
3. Plaintiff's Counsel now has the requested Discovery Information client will sign by Friday, February 22, 2008; once signed, Plaintiff's counsel will provide to Defendant's counsel.
4. Counsel for Plaintiff intended to mail discovery responses on date provided to Defendant's counsel, but client was unable to sign by that date.

WHEREFORE these premises considered, Plaintiff respectfully requests this Honorable Court deny Defendant's Motion to Compel and deny Defendant's Motion to Deem Facts as Admitted; as said Motions will be Moot within 4 days.

Respectfully submitted this the 19th day of February 2008.

                                                ___/s/ Benjamin H. Parr_____
                                                Benjamin H. Parr (PAR-112)
                                                Attorney for Plaintiff
                                                Ingrum, Rice, & Parr, LLC
                                                410 Second Ave.
                                                Opelika, AL 36801
                                                (334) 745-3333

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day delivered a true and correct copy of the foregoing RESPONSE TO MOTION TO COMPEL to the attorney for the Defendant, Hon. John Martin Galese, by U.S. Mail on this the 19th day of February 2008.

                                                __/s/ Benjamin H. Parr_____
                                                Benjamin H. Parr
                                                Attorney at Law
                                                410 Second Avenue
                                                Opelika, Alabama 36801
                                                Telephone Number: (334) 745-3333
                                                Facsimile Number: (334) 745-3155

Hon. John Martin Galese
300 First Commercial Bank Bldg.
800 Shades Creek Parkway
Birmingham AL 35209