IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TINNA SHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv1100-MEF |
| | ) |
| OPELIKA AUTO GROUP, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTIONS

On February 18, 2008, Defendant moved the Court for an order compelling Plaintiff to answer interrogatories and to produce requested documents. Defendant also filed a Motion to Deem Facts as Admitted (Doc. #8) that same day. The following day, Plaintiff filed a Response (Doc. #9), indicating Plaintiff will sign the requested discovery on or before February 22, 2008, and then forward the information to Defendant. Upon consideration of the motions (Doc. #7, #8), and Plaintiff's response, it is

ORDERED that the motions (Doc. #7, #8) are DENIED without prejudice based on Plaintiff's representation that the discovery will be signed on or before February 22, 2008, and immediately forwarded to Defendant. While the Court does not find Plaintiff's excuse adequate, it also does not find the orders Defendant seeks necessary at this time. The Court warns Plaintiff, however, that her failure to comply with her discovery obligations in a timely manner could lead to an order compelling such discovery as well as costs and/or sanctions.

The Court also reminds both parties of their obligation to meet and confer prior to filing any discovery motions.

DONE this 20th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE