IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**TINNA SHERMAN,**
    **Plaintiff,**

V.                      CASE NO: 3:07-cv-01100-MEF-WC

**OPELIKA AUTO GROUP, INC.,**
    **Defendant.**

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    __X__ There are no entities to be reported.
    - or -
    The following entities are hereby reported:

_____
_____
_____

3/13/08
Date

Benjamin H. Parr (PAR-112)
Counsel for Amy Carpenter
410 Second Avenue
Opelika AL 36801
(334) 745-3333

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this day delivered a true and correct copy of the foregoing CORPORATE/CONFLICT DISCLOSURE STATEMENT by placing a copy in the U.S. Mail and properly addressed to counsel for the Defendant on this the 13th day of March 2008.

                                                /s/ Benjamin H. Parr
                                                Benjamin H. Parr
                                                Attorney at Law
                                                410 Second Avenue
                                                Opelika, Alabama 36801
                                                Telephone Number: (334) 745-3333
                                                Facsimile Number: (334) 745-3155