IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TINNA SHERMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:07cv1100-WC |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

On April 8, 2008, the Honorable Mark E. Fuller, Chief United States District Judge, ordered the reassignment of this case for all further proceedings to the undersigned. Accordingly, it is

ORDERED that the Uniform Scheduling Order (Doc. #11) is VACATED. A new Scheduling Order and Briefing Order shall follow.

DONE this 9th day of April, 2008.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE