IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TINNA SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cv1100-WC |
| | ) | |
| OPELIKA AUTO CROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

On April 8, 2008, the Honorable Mark E. Fuller, Chief United States District

Judge, ordered the reassignment of this case for all further proceedings to the

undersigned.  Accordingly, it is

ORDERED that the Uniform Scheduling Order (Doc. #11) is VACATED.  A new

Scheduling Order and Briefing Order shall follow.

DONE this 9th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE