IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TINNA SHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07cv1100-WC |
| | ) |
| OPELIKA AUTO CROUP, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On July 10, 2008, Defendant filed an unopposed Motion (Doc. #19) for a 60-day extension of the deadlines for discovery and dispositive motions. Upon consideration of the Motion, and for good cause, it is

ORDERED that the Motion (Doc. #19) is GRANTED. The deadlines for discovery and dispositive motions are extended by 60-days.

DONE this 11th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE